Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(Pro Hac Vice)
RABICOFF LAW LLC
73 W Monroe St Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

Attorneys for Plaintiff Pinek IP LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PINEK IP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SERCOMM USA INC.,<br><br>    Defendant. | Civil Action No. 4:19-cv-01133-JSW<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Judge Jeffrey S. White |

    Pursuant to Civil Local Rule 6-1(a), Sercomm USA Inc. ("Sercomm") and Plaintiff Pinek IP LLC ("Pinek"), by and though their respective counsel of record, hereby stipulate as follows:

    WHEREAS, Sercomm previously requested, Pinek consented and the Court by Order granted a third extension until June 13, 2019, for Sercomm to answer or otherwise respond to Pinek's Complaint;

WHEREAS, the parties are actively engaged in settlement discussions and Sercomm has requested a final extension until July 12, 2019, for Sercomm to answer or otherwise respond to Pinek's Complaint, and Pinek has consented;

WHEREAS, an additional extension for Sercomm's Answer or response to Pinek's Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Sercomm shall answer or otherwise respond to Pinek's Complaint by July 12, 2019.

Dated: June 14, 2019        ERGONIQ LLC

By: /s/ Robert A. Gutkin
    gutkinra@ergoniq.com

Attorneys for Defendant Sercomm USA Inc.

Dated: June 14, 2019        RABICOFF LAW

By:   /s/ Isaac Rabicoff
      (Pro Hac Vice)

And

Steven A. Nielsen
Steve@NielsenPatents.com

Attorneys for Plaintiff Pinek IP LLC

\* \* \* \*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 14, 2019   /s/ Steven A. Nielsen

By:  Steven A. Nielsen
Counsel for Plaintiff, Plaintiff Pinek IP LLC
Steve@NielsenPatents.com