## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Pinek IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Sercomm USA INC.,**<br><br>Defendant. | Case No. 4:19-cv-01133<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF PINEK'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pinek IP LLC hereby

dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved

for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 8, 2019          Respectfully submitted,

/s/ Steven A. Nielsen
Steven A. Nielsen
NIELSEN PATENTS
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Pinek IP LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 8, 2019, via the Court's CM/ECF system.

/s/ Steven A. Nielsen
Steven A. Nielsen

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE