IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Pinek IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Sercomm USA INC.,**<br><br>Defendant. | Case No. 4:19-cv-01133<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF PINEK'S NOTICE OF VOLUNTARY DISMISSAL** AND ORDER THEREON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pinek IP LLC hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 8, 2019          Respectfully submitted,

/s/ Steven A. Nielsen
Steven A. Nielsen
NIELSEN PATENTS
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Pinek IP LLC**

1

SO ORDERED this __8th__ day of __July__, __2019__.

_____
UNITED STATES DISTRICT JUDGE